## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE  **Lois Bloom**                    DATE : **2/22/12**

DOCKET NUMBER: **06CR228(NG)**            LOG # : 11:25 – 11:35

DEFENDANT'S NAME :  **Andre Roper**
                    ✓ Present      ___ Not Present      ✓ Custody      ___ Bail

DEFENSE COUNSEL :  **Barry Rhodes**
                    ___ Federal Defender      ✓ CJA          ___ Retained

A.U.S.A: **Daniel Spector**                    DEPUTY CLERK : **K. DiLorenzo**

INTERPRETER :                              (Language)

*Violation of Probation* Hearing held. _____ Hearing adjourned to_____

_____ Defendant was released on_____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail
application / package. **Order of detention** entered with leave to reapply to a Magistrate
or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type____   Start_____ Stop _____

_____ Order of Speedy Trial entered.   Code Type_____   Start_____ Stop _____

_____ Defendant's first appearance.   ___Defendant arraigned on the violation of probation.

_____ Attorney Appointment of ___ FEDERAL DEFENDER ____ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the violation of probation.

✓ Status conference set for 2/24/12 @ 10 am  before Judge  Gershon

OTHERS : USPO Victoria Main present.

_____

_____