**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

RECEIVED
In Chambers of
U.S.D.J. Gershon

JUN 2012

June 1, 2012

The Honorable Nina Gershon
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East, Room 118S
Brooklyn, New York 11201-1818

RE:   ROPER, Andre
      Reg. No.: 63926-053
      Crim. No.: 06-CR-228 (NG)

Dear Judge Gershon:

This letter is to inform you that the above-named defendant arrived at this institution on May 14, 2012. He has been designated to undergo a forensic evaluation pursuant to your order of March 2, 2012. We had expected to complete the evaluation by June 13, 2012. However, because the evaluating psychologist has been absent due to training and Court appearances, we respectfully request a 15-day extension of the evaluation period. If the extension is granted, the Court may expect a final copy of the forensic evaluation by July 19, 2012.

Please feel free to contact Dr. Shawn Channell at (978) 796-1000, extension 1471, should you need more information.

Sincerely,

J. Grondolsky
Warden

*Application granted.*
*So Ordered.*
/electronic signature/ NG
USDJ
6-12-12